AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furman, Jesse M. | U.S. District Court, NY-S | 08/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active Status | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Goddard-Riverside Community Center |
| 2. | Trustee | Jesse Furman 2012 GST Trust |
| 3. | Trustee | Jason Furman 2012 GST Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▒▒▒▒▒▒ - salary |
| 2. 2014 | ▒▒▒▒▒▒▒▒ - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Mortgage on Rental Property, Providence, RI (Pt. VII, line 26) | M |
| 2. | American Express | Credit Card | K |
| 3. | Citibank AAdvantage Mastercard | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   MF Est LLC | A | Dividend | P1 | U | | | | | |
| 2.   MF Est L.P. | A | Int./Div. | N | U | | | | | |
| 3.   Trust #1 | B | Int./Div. | P1 | U | | | | | |
| 4.   - Monroe Avenue Associates LLC | | | | | | | | | |
| 5.   - Ashland Greenup LLC | | | | | | | | | |
| 6.   - AFMB Russell LLC | | | | | | | | | |
| 7.   - KIM-FUR Retail Holdings LLC | | | | | | | | | |
| 8.   - JJPR LLC | | | | | | | | | |
| 9.   - Southgate Associates L.P. | | | | | | | | | |
| 10.   - PECO Rho LLC | | | | | | | | | |
| 11.   - MJS Ponce II LP | | | | | | | | | |
| 12.   - MJS Ponce III LP | | | | | | | | | |
| 13.   Stanhope LLC | E | Dividend | L | U | | | | | |
| 14.   Rho Capital Partners 1999 L.P. | B | Distribution | N | U | Sold (part) | 12/05/14 | J | | |
| 15. | | | | | Donated (part) | | | | |
| 16.   iShares MSCI Emerging Markets Fund | B | Dividend | L | T | Buy (add'l) | 01/10/14 | J | | |
| 17.   Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 19. Vanguard Money Market Account | A | Dividend | J | T | | | | | |
| 20. Vanguard 500 Index Fund (IRA #1) | A | Dividend | K | T | | | | | |
| 21. Vanguard 500 Index Fund (IRA #2) | A | Dividend | K | T | | | | | |
| 22. Vanguard Extended Market Index Fund (Retirement) | B | Dividend | M | T | | | | | |
| 23. Vanguard Intermediate-Term Bond Index Fund (Retirement) | C | Dividend | M | T | | | | | |
| 24. Vanguard 500 Index Fund (Retirement) | B | Dividend | M | T | | | | | |
| 25. Vanguard Long-Term Bond Index Fund (Retirement) | D | Dividend | M | T | | | | | |
| 26. Rental Property, Providence, RI (2011 $305,000) | E | Rent | N | R | | | | | |
| 27. Citibank Accounts | A | Interest | M | T | | | | | |
| 28. Akiva Armon, personal loan - note receivable | | None | L | T | | | | | |
| 29. Christina Ponsa, personal loan - note receivable | A | Interest | J | T | | | | | |
| 30. Jay Furman ▓ LLC | D | Dividend | P1 | U | | | | | |
| 31. Jay Furman Investors LLC | D | Dividend | M | U | | | | | |
| 32. Jesse Furman 2012 GST Trust | H1 | Dividend | P1 | U | | | | | |
| 33. - Jay Furman ▓ LLC | | | | | | | | | |
| 34. Jason Furman 2012 GST Trust | H1 | Dividend | P1 | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Jay Furman ▓▓▓ LLC | | | | | | | | | |
| 36.    Morgan Stanley Private Bank NA Money Market Fund | A | Int./Div. | J | T | | | | | |
| 37.    J.P. Morgan Chase Bank Account (X) | A | Interest | K | T | | | | | |
| 38.    Mass Mutual Financial Group (Retirement) (X) | A | Interest | J | T | | | | | |
| 39.    BlackRock Bond Index Fund (Retirement) (X) | A | Dividend | J | T | | | | | |
| 40.    Mass Mutual S&P 500 Index Fund (Retirement) (X) | A | Dividend | J | T | | | | | |
| 41.    Mass Mutual Mid Cap Index Fund (Retirement) (X) | A | Dividend | J | T | | | | | |
| 42.    Mass Mutual Rsl 2000 Small Cap Index Fund (X) (Retirement) | A | Dividend | J | T | | | | | |
| 43.    Mass Mutual MSCI EAFE International Index Fund (Retirement) (X) | A | Dividend | J | T | | | | | |
| 44.    Premier Money Market Fund (Retirement) (X) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: I am the sole beneficiary of Trust #1 (Part VII, Line 3), with entitlement to the full principal as of June 7, 2012. I am not a trustee.

Part VII: I previously had a trust (identified in the 2013 FDR as Trust #2), the sole asset of which was an interest in Stanhope LLC. The trust has been liquidated and the interest in Stanhope LLC was distributed to me and is now held directly. I have therefore deleted Trust #2 and added Stanhope as a stand-alone interest (Part VII, Line 13)

Part VII: Jay Furman ▮▮▮ LLC (Part VII, Lines 31, 34, 36) was appraised as of November 7, 2012.

Part VII: The 2014 K-1 Statements for MF Est. LLC, MF Est. L.P., Trust #1, Stanhope LLC, Jay Furman ▮▮▮ LLC, Jay Furman Investors LLC (Part VII, Lines 1-3, 13, 30, 31, 32, 34), and underlying entities are not yet available; accordingly, the 2013 K-1 Statements were used.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jesse M. Furman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544